Priority —
Send —
Enter —
Closed —
JS-6 ☒
JS-2/JS-3 —
Scan Only ☒

ORIGINAL

FILED
CLERK, U S DISTRICT COURT
JUL 15 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPACO, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>OMNI THERM, INC., a Missouri corporation;<br><br>Defendant. | CASE NO. CV 03-2517 DDP(MANx)<br><br>CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST OMNI THERM, INC. |

This Consent Judgment and Permanent Injunction is consented to by defendant Omni Therm, Inc. and plaintiff Dupaco, Inc. with reference to the following facts:

Defendant Omni Therm, Inc. has manufactured, used, offered for sale and sold and/or caused to be manufactured, used, offered for sale or sold head cushion products including at least the Omni Disposable Head Cushion Insert, Catalog #OT-C10.

This Court, having been advised by its subscribed consent below, that Omni Therm, Inc. consents to the entry of judgment against it and in favor of plaintiff and upon review of the pleadings and other materials on file with this Court and concluding that this is a proper cause for granting a permanent injunction and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this Court has jurisdiction over the plaintiff, Dupaco, Inc., and over the defendant, Omni Therm, Inc., and over the subject matter in issue.

ENTER
JUL 16 2003

1     AND FURTHER ORDERED, ADJUDGED, AND DECREED that venue is proper in this District.

    AND FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiff is now, and has been at all times since its date of issuance, the owner of the United States Letters Patent 6,490,737 issued December 10, 2002, and of all rights thereto and thereunder.

    AND FURTHER ORDERED, ADJUDGED, AND DECREED that the aforesaid Letters Patent are good and valid in law; that the invention of said Letters Patent is statutory subject matter under 35 U.S.C. §101; that the invention is new and nonobvious within the meanings of 35 U.S.C. §§102 and 103, and that specification and claims of said Letters Patent comply with 35 U.S.C. §112.

    AND FURTHER ORDERED, ADJUDGED, AND DECREED that said Letters Patent are enforceable by plaintiff.

    AND FURTHER ORDERED, ADJUDGED, AND DECREED that defendant has infringed at least claim 2 of said Letters Patent by making, using and selling and causing others to make, use or sell or offer for sale articles within the claim.

    AND FURTHER ORDERED, ADJUDGED, AND DECREED that defendant has contributorily infringed at least claim 2 of said Letters Patent by selling a component specifically intended for inclusion in a combination that infringes said Letters Patent, the component having no substantial non-infringing use.

    AND FURTHER ORDERED, ADJUDGED, AND DECREED that defendant has induced others to infringe at least claim 2 of said Letters Patent by selling a component specifically intended for inclusion in a combination that infringes said Letters Patent.

    AND FURTHER ORDERED, ADJUDGED, AND DECREED that defendant Omni Therm, Inc., its officers, agents, servants, and employees and all natural or legal persons acting on their behalf or in concert therewith who receive notice hereof are hereby restrained and enjoined from and after the date hereof and until April 9, 2020, or until any earlier date as said Letters Patent may lapse for non-payment of maintenance fees, from directly or indirectly infringing, contributorily infringing or inducing to infringe any claim of said Letters Patent.

1    AND FURTHER ORDERED, ADJUDGED, AND DECREED that defendant Omni Therm, Inc., its officers, agents, servants, and employees and all natural or legal persons acting on their behalf or in concert therewith who receive notice hereof are hereby restrained and enjoined from and after the date hereof and until April 9, 2020, or until any earlier date as said Letters Patent may lapse for non-payment of maintenance fees, from making, using or selling or offering for sale or causing to be made, used or sold or offered for sale the Omni Disposable Head Cushion Insert, Catalog #OT-C10 or any head cushion structurally similar thereto.

AND FURTHER ORDERED, ADJUDGED, AND DECREED that no accounting is ordered and no damages are awarded to plaintiff.

AND FURTHER ORDERED, ADJUDGED, AND DECREED that each party shall bear its own costs and no attorney fees are awarded to either party.

AND FURTHER ORDERED, ADJUDGED, AND DECREED that the clerk of this Court shall forthwith enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and Central District of California Local Rule 14.10.

DATED: 7-15-03

*/s/ Dean D. Pregerson*
Hon. Dean D. Pregerson
United States District Judge

Approved on behalf of plaintiff:

*John L. Hall* 7/7/03
John L. Haller
Attorney for Plaintiff
Address

Approved on behalf of defendant:

*[signature]* president
Name Jonathan E Fortuna
Attorney for Defendant
Address 910 S. FLORISSANT
ST. LOUIS, MO 63135
(314) 522-2312

-4-